**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KENNETH E. DACUS**                                                    **PLAINTIFF**

**V.**                                    **4:06CV1299 JMM**

**THE BOARD OF TRUSTEES OF**
**THE UNIVERSITY OF ARKANSAS,**
**A Body Politic and Corporate**                                    **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on June 19, 2007, Judgment is hereby entered in favor of

the Defendant.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the

case.

IT IS SO ORDERED this 19th day of June 2007.

_____
James M. Moody
United States District Judge